UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| D.T., by and through JOANN THOMAS, as next friend, ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | Case No. 2:09CV00066 ERW |
| MICHAEL J. ASTRUE Commissioner of Social Security, ) ) ) ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Upon review of the financial affidavit, the Court has determined that plaintiff is unable to pay the filing fee. See 28 U.S.C. § 1915. Consequently, the Court will grant the motion.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis [#2] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.

So Ordered this 2nd Day of February, 2010.

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE