UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| D.T., by and through JOANN THOMAS, as next friend,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No. 2:09CV00066 ERW<br>)<br>)<br>)<br>)<br>) |

## **ORDER APPOINTING NEXT FRIEND**

Joann Thomas, mother of D.T., has filed her Motion for Appointment of Next Friend [Doc. #5] alleging that the claimant is a minor and desires to commence and prosecute a review of the final decision of the Commissioner of Social Security Administration. Claimant has no legally appointed guardian, and Joann Thomas consents to act as next friend of said claimant.

The appointment of next friend is provided for by Rule 17(c) of the Federal Rules of Civil Procedure and by 20 C.F.R. § 404.612(c).

The Court finds that the appointment of the claimant's mother, Joann Thomas, as next friend would be in the best interest of the claimant.

Therefore,

**IT IS HEREBY ORDERED** that Joann Thomas's motion for appointment of next friend [Doc. #5] is **GRANTED**.

So Ordered this 2nd Day of February, 2010.

_____
**E. RICHARD WEBBER**
**UNITED STATES DISTRICT JUDGE**