UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JOANN THOMAS, o/b/o D.T., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 2:09CV00066 ERW |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**<u>MEMORANDUM AND ORDER</u>**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Mary Ann L. Medler [doc. #22], pursuant to 28 U.S.C. § 636(b).

The Court notes that no objections to the Report and Recommendation were filed within the time period afforded by § 636(b)(1). The Court has considered the Report and Recommendation and hereby sustains, adopts, and incorporates herein the Magistrate Judge's Report and Recommendation with the following exceptions:

1. On Page 41 of the Report and Recommendation, change "§ 416.92a(b)(1)(I)" to "20 C.F.R. § 416.926a(b)(1)(i), (g)";

2. On Page 42 of the Report and Recommendation, change "§ 416.92a(b)(1)(ii)" to "20 C.F.R. § 416.926a(b)(1)(ii), (h)";

3. On Page 43 of the Report and Recommendation, change "S 416.92a(b)(1)(iii)" to "20 C.F.R. § 416.926a(b)(1)(iii), (i)";

4. On Page 48 of the Report and Recommendation, change "§ 416.92a(b)(1)(iv)" to "20 C.F.R. § 416.926a(b)(1)(iv), (j)" and change "§ 416.92a(b)(1)(v)" to "§ 416.926a(b)(1)(v), (k)";

5. On Page 49 of the Report and Recommendation, change "§ 416.929a(1)" to "§ 416.926a(b)(1)(vi), (l)".

Accordingly,

**IT IS HEREBY ORDERED** that under sentence four of 42 U.S.C. § 405(g), the final decision of the Commissioner of Social Security denying Child Supplemental Security Income to D.T., by and through Plaintiff Joann Thomas, is **AFFIRMED**, and Plaintiff Joann Thomas's Complaint [doc. #1] is **DISMISSED, with prejudice**.

Dated this 25th Day of March, 2011.

E. RICHARD WEBBER
SENIOR UNITED STATES DISTRICT JUDGE